**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MATTHEW ISRAEL, individually and on behalf of all other similarly situated stockholders of GREATBATCH, INC.<br><br>Plaintiff,<br><br>v.<br><br>PAMELA G. BAILEY, JOSEPH W. DZIEDZIC, JEAN HOBBY, THOMAS J. HOOK, M. CRAIG MAXWELL, FELIPPO PASSERINI, BILL R. SANFORD, PETER H. SODERBERG, WILLIAM B. SUMMERS, JR., and GREATBATCH, INC.<br><br>Defendants. | )<br>)<br>)<br>)<br>)  C.A. No. 1:16-cv-00334-LPS<br>)<br>)<br>)<br>)<br>)<br>)  **CLASS ACTION**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF VOLUNTARY DISMISSAL OF ACTION**

PLEASE TAKE NOTICE that pursuant to Rules 41(a) and 23(e) of the Federal Rules of Civil Procedure, Plaintiff Matthew Israel ("Plaintiff") hereby voluntarily dismisses on grounds of mootness and with prejudice, as to himself only, all claims as set forth in the above-captioned class action (the "Action"), including Plaintiff's Verified Class Action Complaint filed with the Court on May 6, 2016 against Defendants Pamela G. Bailey, Joseph W. Dziedzic, Jan Hobby, Thomas J. Hook, M. Craig Maxwell, Felippo Passerini, Bill R. Sanford, Peter H. Soderberg, William B. Summers, Jr., and Greatbatch, Inc.

No compensation in any form has passed directly or indirectly from any of the defendants to the Plaintiff or his attorney and no promise or agreement to give any such compensation has

been made. Plaintiff requests that the Court retain jurisdiction of the Action solely for the purpose of adjudicating Plaintiff's application for an award of attorneys' fees and reimbursement of expenses (the "Fee and Expense Application"), if any, in connection with the mooted claims asserted by Plaintiff in the Action.

Dated:  July 13, 2016        PHILLIPS, GOLDMAN, MCLAUGHLIN & HALL, P.A.

*/s/ John C. Phillips, Jr.*
John C. Phillips, Jr. (#110)
Megan C. Haney (#5016)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pgmhlaw.com
mch@pgmhlaw.com

*Attorneys for Plaintiff*

*Of Counsel*:

Steven J. Purcell
Douglas E. Julie
Robert H. Lefkowitz
Purcell Julie & Lefkowitz LLP
65 Broadway, Suite 828
New York, New York 10006
212-725-1000