## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MATTHEW ISRAEL, individually and on behalf of all other similarly situated stockholders of GREATBATCH, INC.,<br><br>Plaintiff,<br><br>v.<br><br>PAMELA G. BAILEY, JOSEPH W. DZIEDZIC, JEAN HOBBY, THOMAS J. HOOK, M. CRAIG MAXWELL, FELIPPO PASSERINI, BILL R. SANFORD, PETER H. SODERBERG, WILLIAM B. SUMMERS, JR., and GREATBATCH, INC.<br><br>Defendants. | )<br>)<br>)<br>)<br>) C.A. No. 1:16-cv-00334-LPS<br>)<br>)<br>)<br>)<br>)<br>) **CLASS ACTION**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### [PROPOSED ORDER]

IT IS HEREBY ORDERED this 18th day of July, 2016 that:

1. The Action is dismissed with prejudice as to Plaintiff and without prejudice as to all other members of the putative class.

2. Because the dismissal is with prejudice only to Plaintiff, no class has been certified, no compensation in any form has passed directly or indirectly to Plaintiff or his attorneys, and no promise to give any such compensation has been made, notice of this dismissal is not required pursuant to Rule 23(e) Federal Rules of Civil Procedure.

3. The Court retains jurisdiction of the Action solely for the purpose of determining Plaintiff's Fee and Expense Application, if any.

4. This Order is entered without prejudice to any position, claim, or defense any party may assert with respect to the Fee and Expense Application or any matter related thereto.

IT IS SO ORDERED.

Dated: July 18, 2016

_____
UNITED STATES DISTRICT JUDGE